United States District Court
For the Northern District of California

1

2                  IN THE UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    Lumbre,                                    No. CV12-04495 JSW

6              Plaintiff,
                                         **ORDER SCHEDULING TRIAL AND**
7    v.                                        **PRETRIAL MATTERS**

8    Dell Inc.,

9              Defendant.

10   _____/

11

12       Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13   Management Statement is adopted, except as expressly modified by this Order.  It is further

14   ORDERED that:

15       **A.    DATES**

16   Jury Trial Date:  12/2/2013, at 8:00 a.m., 7 days

17   Jury Selection: 11/27/2013, at 8:00 a.m.

18   Pretrial Conference:  Monday, 11/12/2013, at 2:00 p.m.

19   Last Day to Hear Dispositive Motions:  Friday, 9/20/2013, at 9:00 a.m.

20   Last Day for Expert Discovery:  8/20/2013

21   Last Day for Expert Disclosure: 7/16/2013

22   Close of Non-expert Discovery: 9/17/2013

23

24       **B.    DISCOVERY**

25       The parties are reminded that a failure voluntarily to disclose information pursuant to

26   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

27   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

28   non-expert discovery, lead counsel for each party shall serve and file a certification that all

supplementation has been completed.

**United States District Court**
For the Northern District of California

1

**C.      ALTERNATIVE DISPUTE RESOLUTION**

2       This matter is referred to court-connected mediation, to be conducted by August 20,

3  2013.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

4

5       **D.      PROCEDURE FOR AMENDING THIS ORDER**

6       No provision of this order may be changed except by written order of this court upon its

7  own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

8  without a showing of very good cause.  If the modification sought is an extension of a deadline

9  contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties

10  may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

11  date of this order does not constitute good cause. The parties are advised that if they stipulate to

12  a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

13  that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

14  specifically set by the court may not be altered by stipulation; rather the parties must obtain

15  leave of Court.

16       **IT IS SO ORDERED.**

17

Dated:  November 14, 2012

18                                                                   _____
                                                                   JEFFREY S. WHITE
19                                                                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2