WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
KELLI M. KENNADAY (SBN 155153)
kkennaday@wilkefleury.com
SAMSON R. ELSBERND (SBN 264598)
selsbernd@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendant
DELL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEROME LUMBRE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DELL, INC., a Delaware corporation, and DOES 1-25,<br><br>　　　　　Defendant. | Case No. 3:12-cv-04495-JSW<br><br>**STIPULATION TO AMEND COMPLAINT TO DISMISS CLAIM** AND ORDER THEREON<br><br>[Fed. R. Civ. Proc. 15(a)(2)] |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate that Plaintiff's Complaint be amended to eliminate Plaintiff's fourth claim, for violation of Health and Safety Code section 1278.5, with each side to bear his/its own fees and costs.

IT IS SO STIPULATED.

DATED: June 17, 2013　　　　　MESIROW & FINK

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　STEVEN M. FINK
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　JEROME LUMBRE

/ / /

/ / /

1 | DATED: June 21, 2013      WILKE, FLEURY, HOFFELT,
2                                           GOULD & BIRNEY, LLP

3                                            By: /s/ [signature]
4                                                  KELLI M. KENNADAY
                                                    Attorneys for Defendant
5                                                      DELL, INC.

6

7          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 | DATED: June 25, 2013      _____
                                                  HONORABLE JEFFREY S. WHITE
9                                                   Judge of the U.S. District Court

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

943109.1            -2-            3:12-cv-04495-JSW
STIPULATION TO AMEND COMPLAINT TO DISMISS CLAIM