1 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
KELLI M. KENNADAY (SBN 155153)
2 | kkennaday@wilkefleury.com
SAMSON R. ELSBERND (SBN 264598)
3 | selsbernd@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
4 | Sacramento, California 95814
Telephone:    (916) 441-2430
5 | Facsimile:    (916) 442-6664

6 | Attorneys for Defendant
DELL, INC.
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | JEROME LUMBRE,                                    Case No. 3:12-cv-04495-JSW

13 |                  Plaintiff,                      **STIPULATION TO AMEND
                                                       COMPLAINT TO DISMISS CLAIM**
14 |         v.                                        AND ORDER THEREON
                                                       [Fed. R. Civ. Proc. 15(a)(2)]
15 | DELL, INC., a Delaware corporation, and
DOES 1-25,
16
17 |                  Defendant.

18 |         Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate that

19 | Plaintiff's Complaint be amended to eliminate Plaintiff's fourth claim, for violation of Health and

20 | Safety Code section 1278.5, with each side to bear his/its own fees and costs.

21 |         IT IS SO STIPULATED.

22 | DATED:   June 17, 2013                    MESIROW & FINK

23

24 |                                           By: _____

25 |                                                    STEVEN M. FINK
                                                       Attorneys for Plaintiff
26 |                                                    JEROME LUMBRE

27 | / / /

28 | / / /

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

943109.1
3:12-cv-04495-JSW
STIPULATION TO AMEND COMPLAINT TO DISMISS CLAIM

DATED:  June 21, 2013                    WILKE, FLEURY, HOFFELT,
                                         GOULD & BIRNEY, LLP

                                         By: _____
                                              KELLI M. KENNADAY
                                              Attorneys for Defendant
                                              DELL, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  ___June 25, 2013_____        _____
                                     HONORABLE JEFFREY S. WHITE
                                     Judge of the U.S. District Court

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

943109.1                                                      3:12-cv-04495-JSW
STIPULATION TO AMEND COMPLAINT TO DISMISS CLAIM